UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Ivan A.R., | Case No. 26-cv-207 (KMM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| David Easterwood, in his official capacity as Field Office Director, St. Paul Field Office, U.S. Immigration and Customs Enforcement; Todd M. Lyons, in his official capacity as Director of Immigration and Customs Enforcement; Kristi Noem, in her official capacity as Secretary of Homeland Security; U.S Department of Homeland Security; and U.S. Immigration and Customs Enforcement, | |
| Respondents. | |

Pursuant to a general assignment made in accordance with 28 U.S.C. § 636, this matter comes before the undersigned United States Magistrate Judge upon Petitioner Ivan A.R..'s Petition for a writ of habeas corpus. [Docket No. 1].

Having reviewed the Petition, **IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Ivan A. by no later than January 16, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.      A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

      c.      Respondents' recommendation on whether an evidentiary hearing should be conducted; and

      d.      Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from <u>Belsai D.S. v. Bondi</u>, No. 25-cv-3682 (KMM/EMB), 2025 WL 2802947 (D. Minn. Oct. 1, 2025).

3.    If Petitioner intends to file a reply to respondents' answer, he must do so by no later than January 19, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 13, 2026                                  <u>s/Leo I. Brisbois</u>
                                                                                 Hon. Leo I. Brisbois
                                                                                 United States Magistrate Judge