# UNITED STATES DISTRICT COURT

## District of Minnesota

Ivan Aragon Rojas

Petitioner(s),

v.

David Easterwood, Todd M. Lyons, Kristi Noem, U.S. Department of Homeland Security, U.S. Immigration and Customs Enforcement

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-00207-KMM-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for a writ of habeas corpus is **GRANTED**.

2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** respondents from denying release or other relief on the basis that he is subject to such mandatory detention.

3. The Court **ORDERS** Respondents to provide Petitioner with a bond hearing under 8 U.S.C. §1226(a) within seven days of the date of this Order.

4. If Respondents do not provide Petitioner with a bond hearing as required above, Petitioner must be released from detention.

5. Finally, the Court **ORDERS** Respondents to notify the Court and opposing counsel within 24 hours of either the provision of a bond hearing or Petitioner's release.

Date: 1/17/2026

KATE M. FOGARTY, CLERK